UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN GARRETT SMITH,<br><br>                      Plaintiff,<br><br>  v.<br><br>LEWIS, et al.,<br><br>                      Defendants. | NO: 2:20-CV-0143-TOR<br><br>ORDER DISMISSING ACTION |

By Order filed April 29, 2020, the Court determined that Plaintiff was precluded from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) and directed Plaintiff to either pay the filing fee by May 13, 2020 or suffer dismissal. ECF No. 4. Plaintiff, a prisoner at the Stafford Creek Corrections Center, is proceeding *pro se;* Defendants have not been served.

Rather than pay the filing fee, Plaintiff submitted a document titled, "Motion to Clarify Cause," ECF No. 5, in which he attempts enlighten the Court regarding the severity and simplicity of this case. Plaintiff's "Motion" presents no facts

ORDER DISMISSING ACTION -- 1

1  disputing the existence of three or more "strikes" under 28 U.S.C. § 1915(g) or
2  showing that Plaintiff was under imminent danger of serious physical injury when
3  he filed this action on April 21, 2020.  Consequently, Plaintiff may not proceed *in*
4  *forma paupers.  Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007).

5  The Court cautioned Plaintiff that if the filing fee was not paid by May 13,
6  2020, this matter would be dismissed without prejudice.  Having failed to pay the
7  filing fee, **IT IS ORDERED** that this action is **DISMISSED without prejudice** for
8  failure to pay the filing fee as required by 28 U.S.C. § 1914.

9  Plaintiff's Motion to Clarify, ECF No. 5, is denied as moot.

10  **IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order,
11  enter judgment, forward a copy to Plaintiff and **close** the file.  The Court certifies
12  any appeal of this dismissal would not be taken in good faith.

13  **DATED** May 14, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING ACTION -- 2